AO 10
Rev. 1/2014

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Dalton, Jr., Roy B. | U.S. District Court, Middle District of Florida | 05/22/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge (Active) | ☐ Nomination Date <br> ☐ Initial  ☑ Annual  ☐ Final <br> 5b. ☐ Amended Report | 01/01/2014 <br> to <br> 12/31/2014 |

**7. Chambers or Office Address**

401 West Central Blvd.
Suite 4750
Orlando, FL 32801

> *IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Partner | Rugby Property, LLC |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dalton, Jr., Roy B. | 05/22/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2014 | Rugby Property, LLC - Management Fee |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | New Traditions Bank | Mortgage on Rental Property #1, Orlando FL (Part VII, Line 3) | None |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dalton, Jr., Roy B. | 05/22/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rugby Property, LLC: (Passive Investment as General Partner) | | | | | | | | | |
| 2. - Seaside Bank Account | | None | J | T | | | | | |
| 3. - Rental Property #1 (Orlando, FL) | F | Rent | | | Sold | 08/01/14 | P1 | G | BCW Property Management |
| 4. - Rental Property #2 (Pensacola, FL) $435,000 | E | Rent | N | W | | | | | |
| 5. - Installment Note on Sale of Rental Property #1 (Orlando, FL) | D | Interest | M | W | | | | | |
| 6. Goverment Personnel Mutual Whole Life | A | Interest | J | T | | | | | |
| 7. Seaside Bank Accounts | A | Interest | L | T | | | | | |
| 8. John Hancock Guaranteed Universal Life Policy | | None | M | T | | | | | |
| 9. Lord Abbett (IRA #1) (Money Market Account) | A | Interest | K | T | | | | | |
| 10. Limited Partnership Interest in ITB Premium Fund II, LTD (IRA #2) | | None | M | U | | | | | |
| 11. Working Interest - Baker, Fisher County, TX | B | Royalty | J | W | Buy | 06/30/14 | J | | Corda Corporation |
| 12. Working Interest - Baldwin, Clay County, TX | A | Royalty | J | W | | | | | |
| 13. Working Interest - Cato #11, Hardeman County, TX | D | Royalty | J | W | | | | | |
| 14. Working Interest - Gibson 1, Cottle County, TX | A | Royalty | J | W | | | | | |
| 15. Working Interest - Hamilton #2, Palo Pinto County, TX | A | Royalty | J | W | | | | | |
| 16. Working Interest - Lytle Unit, Hardeman County, TX | A | Royalty | J | W | | | | | |
| 17. Working Interest - Mayfield, Clay County, TX | A | Royalty | J | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dalton, Jr., Roy B. | 05/22/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Working Interest - McLellan-Swofford, Hardeman County, TX | B | Royalty | J | W | | | | | |
| 19. Working Interest - McNeese West, Hardeman County, TX | A | Royalty | J | W | | | | | |
| 20. Working Interest - Minshew Unit, Hardeman County, TX | B | Royalty | J | W | | | | | |
| 21. Working Interest - Smith Eagle Creek #1, Nolan County, TX | | None | J | W | | | | | |
| 22. Working Interest - Smith Eagle Creek #2, Nolan County, TX | | None | J | W | | | | | |
| 23. Working Interest - Southern Cotton, Hardeman County, TX | E | Royalty | K | W | | | | | |
| 24. Working Interest - Stell #2, Clay County, TX | B | Royalty | J | W | | | | | |
| 25. Working Interest - Word #5, Hardeman County, TX | A | Royalty | J | W | | | | | |
| 26. Working Interest - Word #A-2, Hardeman County, TX | B | Royalty | J | W | | | | | |
| 27. Working Interest - Young, Hardeman County, TX | C | Royalty | J | W | | | | | |
| 28. Working Interest - Word #4, Hardeman County, TX | | None | J | W | | | | | |
| 29. Working Interest - Johnson #1, King County, TX | B | Royalty | J | W | | | | | |
| 30. Working Interest - Word #6, Hardeman County, TX | D | Royalty | J | W | | | | | |
| 31. Three Shores Bancorporation, Common Stock | | None | N | T | | | | | |
| 32. Brokerage Account #1: | | | | | | | | | |
| 33. - Seaside Bank Account Sweep Fund | A | Interest | J | T | | | | | |
| 34. - Seaside Bank Account Sweep Fund | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dalton, Jr., Roy B. | 05/22/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Three Shores Bank Corporation | | None | M | T | | | | | |
| 36. Brokerage Account #2: | | | | | | | | | |
| 37. - Seaside Bank Account Sweep Fund | | None | J | T | | | | | |
| 38. - Seaside Bank Account Sweep Fund | A | Interest | K | T | | | | | |
| 39. - California St Univ Rev System Wide Municpal Bond | A | Interest | | | Sold | 09/19/14 | J | A | |
| 40. - Carrizo Springs TX Cons Dept | A | Interest | K | T | Buy | 12/01/14 | K | | |
| 41. - Delaware Transn Auth Transn Sys Sr Rev Bds Municipal Bond | B | Interest | K | T | | | | | |
| 42. - Franklin Ind Cmnty Multi Sch B First Municipal Bond | B | Interest | L | T | | | | | |
| 43. - Indiana Fin Autho Hwy Rev Municipal Bond | B | Interest | L | T | | | | | |
| 44. - Lauderhill Fla Wtr & Swr Rev Municipal Bond | B | Interest | L | T | | | | | |
| 45. - Maine Mun Bd Bk Serial Bond | A | Interest | K | T | Buy | 08/25/14 | K | | |
| 46. - New Jersey St CTFS Partn Equip Lease Municipal Bond | C | Interest | L | T | | | | | |
| 47. - New York NY City Transitional Fin Auth Municipal Bond | B | Interest | K | T | | | | | |
| 48. - New York St Dorm Auth Revs Ref Secd Municipal Bond | C | Interest | L | T | | | | | |
| 49. - Old Saybrook Conn GO Bds | | None | K | T | Buy | 12/11/14 | K | | |
| 50. - Phoenix Ariz Civic Impt Corp Transit Municipal Bond | B | Interest | | | Sold | 07/01/14 | K | A | |
| 51. - Pierce Cnty Wash Sch Dist No 4 Municipal Bond | B | Interest | | | Sold | 11/28/14 | L | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dalton, Jr., Roy B. | 05/22/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Seattle Wash RFDG Municipal Bond | C | Interest | L | T | | | | | |
| 53. - Cohen & Steers Preferred Securities | A | Dividend | K | T | Buy | 10/16/14 | K | | |
| 54. - Vanguard Sht Term Inv Grade Adm 539 Mutual Fund | A | Dividend | | | Sold | 02/19/14 | K | A | |
| 55. - First Eagle High Yield Fund Class I █ Mutual Fund | B | Dividend | J | T | Buy (add'l) | 04/11/14 | J | | |
| 56. | | | | | Sold (part) | 07/14/14 | K | A | |
| 57. | | | | | Sold (part) | 08/01/14 | K | A | |
| 58. - Franklin Low Duration Total Return Fund - ADV █ Mutual Fund | A | Dividend | | | Buy (add'l) | 04/11/14 | J | | |
| 59. | | | | | Buy (add'l) | 06/18/14 | J | | |
| 60. | | | | | Sold | 12/30/14 | K | A | |
| 61. - Lord Abbett Investment Trust | A | Dividend | K | T | Buy | 08/01/14 | K | | |
| 62. - Metropolitan West Total Return Fund | | None | K | T | Buy | 12/30/14 | K | | |
| 63. - T Rowe Price Institutional Floating Rate Fund █ Mutual Fund | B | Dividend | K | T | Buy (add'l) | 04/11/14 | J | | |
| 64. | | | | | Buy (add'l) | 06/18/14 | J | | |
| 65. | | | | | Sold (part) | 06/13/14 | J | A | |
| 66. | | | | | Sold (part) | 08/01/14 | K | A | |
| 67. - Thompson Bond Fund █ | A | Dividend | K | T | Buy | 08/01/14 | K | | |
| 68. - Wells Fargo Advantage Adjustable Rate Govt Fund | A | Dividend | J | T | Buy | 06/18/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dalton, Jr., Roy B. | 05/22/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold (part) | 12/23/14 | J | A | |
| 70. - Vanguard Limited-Term Tax-Exempt Fund | A | Dividend | | | | | | | |
| 71. - AMG Yacktman Fund Service Class | A | Dividend | K | T | Sold (part) | 06/18/14 | J | A | |
| 72. - Eagles MLP Strategy Fund Class I | B | Dividend | K | T | Sold (part) | 04/11/14 | J | A | |
| 73. | | | | | Sold (part) | 06/18/14 | J | A | |
| 74. | | | | | Sold (part) | 10/16/14 | K | B | |
| 75. - Federated Strategic Value Dividend Fund IS  Mutual Fund | C | Dividend | L | T | Sold (part) | 04/11/14 | J | A | |
| 76. | | | | | Sold (part) | 06/18/14 | J | A | |
| 77. | | | | | Sold (part) | 07/14/14 | L | C | |
| 78. - Thornberg Investment Income Builder Fund Class I | A | Dividend | J | T | Sold (part) | 04/11/14 | J | A | |
| 79. | | | | | Sold (part) | 07/14/14 | J | A | |
| 80. - Touchstone Sands Capital Select Growth Fund Class Y  Mutual Fund | | None | K | T | Sold (part) | 06/18/14 | J | A | |
| 81. - Vanguard Dividend Growth Fund Mutal Fund | A | Dividend | K | T | Sold (part) | 04/11/14 | J | B | |
| 82. | | | | | Sold (part) | 06/18/14 | J | A | |
| 83. - Vanguard Total Stock Market Index Fund - SG  Mutal Fund | B | Dividend | L | T | Sold (part) | 04/11/14 | J | A | |
| 84. | | | | | Sold (part) | 06/18/14 | J | A | |
| 85. - Three Shores Bancorporation Common Stock | | None | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dalton, Jr., Roy B. | 05/22/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1) Part VII (Investments and Trusts): The royalty income disclosed in Column B for each working interest is gross income from the specific oil well.

2) Part VII (Investments and Trusts): The asset listed on line 70 of the 2014 Financial Disclosure Report was fully disposed in 2013. The asset is listed because dividends were received from the asset during 2014 that required reporting.

| Name of Person Reporting | Date of Report |
|---|---|
| Dalton, Jr., Roy B. | 05/22/2015 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Roy B. Dalton, Jr.**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544